## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

---

**ROGER W SILVERS JR**                                    **CASE NO. 1:22-CV-00665**

**-vs-**                                                              **JUDGE DRELL**

**COMMISSIONER OF SOCIAL**              **MAGISTRATE JUDGE PEREZ-MONTES**
**SECURITY**

---

### JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No. 18) of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objection (ECF No. 19) filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the final decision of the Commissioner of Social Security is **AFFIRMED,** and Roger W. Silvers, Jr.'s appeal (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Alexandria, Louisiana this _22nd_ day of July 2026.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**